AUSA: Paulena B. Prager

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TERRENCE WAYNES,

Defendant.

26 MAG 3453

**SEALED COMPLAINT**

Violation of 18 U.S.C. § 922(g)(1)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

Alexander Loizias, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
**(Possession of Ammunition After a Felony Conviction)**

1. On or about July 15, 2026, in the Southern District of New York and elsewhere, TERRENCE WAYNES, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, three nine-millimeter cartridges manufactured by Federal Ammunition, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This Complaint is based in part upon my conversations with law enforcement officers and others and my examination of reports and records, including relevant videos and photographs. Because this Complaint is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

TERRENCE WAYNES Fires a Gun at Individual-2 and Possesses Ammunition

3. Based on my participation in this investigation, including my conversations with other law enforcement officers, my review of surveillance footage, and my review of law enforcement reports and records, I have learned that on or about July 15, 2026, TERRENCE WAYNES, the defendant, fired three rounds of ammunition at another individual on a public street in the Bronx, New York (the "July 15 Shooting"). In particular, I have learned among other things, the following:

a. On or about July 15, 2026, at approximately 11:34 p.m., a certain individual ("Individual-1"), later identified as WAYNES, and another man ("Individual-2") began arguing inside a store located near the intersection of College Avenue and 166th Street (the "Intersection") in the Bronx, New York ("Store-1"). Individual-1 was wearing a distinctive red shirt with yellow markings, black pants, a black baseball cap with brown lettering, and grey sneakers, while carrying a pink and blue plastic bag with what appeared to be the letter "C" printed on the side. Individual-2 was wearing yellow shorts, a black t-shirt with a Jurassic Park emblem, and carrying a green bag. Surveillance footage recovered from Store-1 shows Individual-1 (on the right) and Individual-2 (on the left) arguing in **Image-1** below:



**Image-1**

b. Approximately one minute later, Individual-1 and Individual-2 left Store-1 and continued arguing at the Intersection in front of Store-1, as shown in **Image-2**, below. Individual-1 is partially obscured by the closed front door of Store-1, while Individual-2 is standing in front of the propped-open door:



**Image-2**

c. At approximately 11:38 p.m., Individual-1 took out a firearm and shot it at Individual-2. Surveillance footage recovered from Store-1 shows Individual-1 (whom I believe to be WAYNES) pointing the gun at Individual-2 with a muzzle flash clearly visible from the gunshot, as depicted in **Image-3** (circled in red).[1]

[1] Based on my training and experience, I know that a muzzle flash is caused by the discharge of gas and propellant from a gun when it is fired.



**Image-3**

d. Immediately after Individual-1 fired the first shot, Individual-2 ran eastbound on 166th Street. Surveillance footage from Store-1 shows Individual-1 advance toward the propped-open door of Store-1 while holding the firearm in his hands (circled in red), as shown below in **Image-4**.




**Image-4**

e. Individual-1 fired two more shots at Individual-2 as Individual-2 ran eastbound on 166th Street and took cover behind a parked vehicle. The muzzle flash of each shot by Individual-1 is visible in the surveillance footage recovered from Store-1, depicted in **Image-5** and **Image-6** (circled in red) below.



**Image-5**



**Image-6**

f. After firing the three shots at Individual-2, Individual-1 ducked behind the door, as shown below in **Image-7**, and then fled northbound on College Avenue carrying the same pink and blue plastic bag, as shown in **Image-8**.



**Image-7**




**Image-8**

g. Seconds later, surveillance footage from Store-1 shows that Individual-2 returned to the front of Store-1, pursued Individual-1 north on College Avenue, aimed a handgun at Individual-1, and fired approximately nine shots, as shown in **Image-9**, before Individual-2 fled the scene.[2] Individual-1's baseball cap fell onto the sidewalk as he fled on College Avenue.

[2] The sound of approximately twelve gunshots—including the three shots I believe were fired by Individual-1 and the nine shots I believe were fired by Individual-2—can be heard in the body-worn camera footage of two New York City Police Department ("NYPD") officers who were responding to an unrelated incident in a building in the vicinity of the July 15 Shooting (the "Building") at approximately 11:38 p.m. Shortly after hearing the gunshots, one of the officers ("Officer-1") reported in a radio call to the NYPD that he saw a man with a red shirt and blue pants and carrying a shopping bag running northbound on College Avenue toward 167th Street, consistent with the appearance of Individual-1 and the surveillance footage shown in Image-8 and Image-9.




**Image-9**

NYPD Officers Recover TERRENCE WAYNES' Ammunition

4. Based on my participation in this investigation, including my conversations with other law enforcement officers, my review of surveillance footage, and my review of law enforcement reports and records, I have learned among other things, the following:

a. On or about July 15, 2026, at approximately 11:50 p.m. (*i.e.*, approximately twelve minutes after the July 15 Shooting), New York City Police Department ("NYPD") officers responded to a radio call reporting a shooting that occurred in the vicinity of the Intersection. The responding officers recovered multiple cartridge casings from the scene, including (i) three nine-millimeter cartridge casings (the "Nine-Millimeter Casings") recovered from the vicinity where Individual-1 was seen firing a gun on Store-1 surveillance footage, shown in **Image-10** below (marked by yellow arrows numbered "1," "2," and "3"); and (ii) nine 224-caliber cartridge casings recovered from the vicinity where Individual-2 was seen on Store-1 surveillance footage firing a gun at Individual-1, shown in **Image-10** below (marked by a red arrow numbered "4-12"). Officers also recovered the black baseball cap with brown lettering that Individual-1 appeared to be wearing in the surveillance footage of the July 15 Shooting, including in **Image-1** and **Image-4**.




**Image-10**

b. Based on my training and experience, my review of NYPD reports and records, my conversations with other law enforcement officers, my review of surveillance footage of the July 15 Shooting, and my involvement in this investigation, I believe that the Nine-Millimeter Casings that were recovered approximately twelve minutes after the July 15 Shooting were fired from Individual-1's gun. Among other things, the Nine-Millimeter Casings, shown in **Image-10** (marked by yellow arrows numbered "1," "2," and "3"), were found by law enforcement in the same area where Individual-1 shot his firearm at Individual-2, as captured on Store-1 surveillance footage.

<u>Law Enforcement Officers Identify TERRENCE WAYNES as Individual-1</u>

5. Based on my participation in this investigation, including my review of law enforcement reports and records, surveillance footage and photographs, and my conversations with other members of law enforcement, I have learned, among other things, the following regarding the identification of TERRENCE WAYNES, the defendant, as Individual-1, who possessed the Nine-Millimeter Casings and shot at Individual-2 during the July 15 Shooting:

a. On or about July 16, 2026, at approximately 12:45 a.m., CPMC Hospital (the "Hospital") notified law enforcement that a man with an apparent gunshot wound on his upper right leg, depicted in **Image-11**, had checked in to the Emergency Department. NYPD patrol officers responded to the Hospital and interviewed the man, who gave the name "David Williams." Based on my review, the image of the man from the Hospital appears to be Individual-1, who was captured on surveillance footage recovered from Store-1 minutes before the July 15 Shooting, as shown in **Image-12**, and wearing the same distinctive red shirt with yellow markings and black hat with brown lettering. I have compared the person depicted in Image-11 and Image-12 with a

known law enforcement booking photograph of WAYNES (shown in **Image-13**) and believe them to be the same person.


**Image-11**


**Image-12**


**Image-13**

b. On or about July 16, 2026, an NYPD Officer ("Officer-2") identified Individual-1 as WAYNES based on an NYPD "WANTED" Flyer, generated in connection with the July 15 Shooting, depicting Individual-1 in **Image-12** above. Officer-2 was familiar with WAYNES' appearance based on Officer-2's participation in a previous arrest of WAYNES.

<u>The Ammunition Affected Interstate Commerce</u>

6. In connection with this investigation, I have communicated with a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") who is familiar with the manufacturing of firearms and ammunition and confirmed that the Nine-Millimeter Casings were manufactured by Federal Ammunition outside of New York State.

<u>TERRENCE WAYNES' Prior Felony Conviction</u>

7. Based on my review of criminal history records for TERRENCE WAYNES, the defendant, I have learned, among other things, the following:

a. On or about February 8, 2006, WAYNES pled guilty in Bronx County Supreme Court of one count of Criminal Possession of a Firearm, in violation of New York Penal Law § 265.02, which I know from my training and experience to be a felony under New York law. Prior to pleading guilty in that case, WAYNES was advised by the presiding judge that he could be sentenced to up to seven years' imprisonment for that offense.

b. On or about May 17, 2006, WAYNES was sentenced to one year of imprisonment for that conviction.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of TERRENCE WAYNES, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

S/ by the Court with permission
Alexander Loizias
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 21st day of August 2026.

THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK